UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of JAN KOUM for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Criminal Proceeding Against Remi Tessier and Dernier Etage SARL. | Case No. _____ |

**APPLICATION FOR JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE
FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

Based upon the concurrently filed Memorandum of Law, Declarations of Orin Snyder, Sara Colorado, and Pierre-Emmanuel Fender, and supporting documents, Jan Koum ("Petitioner") respectfully applies to this Court for an Order, pursuant to 28 U.S.C. § 1782 and Federal Rules of Civil Procedure 26, 30, and 45, granting him leave to serve Acquavella Fine Arts LLC, Nahmad Contemporary, Babou LLC, B&B Italia, U.S.A. Inc., Hudson Furniture Inc., and New York Gallery, LLC (collectively, the "Merchants") with subpoenas in substantially the same form of those attached as Exhibits 1-6 to the Declaration of Orin Snyder for the production of documents and deposition testimony for use in contemplated future criminal proceedings in France.

As set forth in the accompanying memorandum of law, Petitioner's application meets the three statutory requirements of Section 1782. Petitioner, as a party to a reasonably contemplated foreign proceeding, seeks discovery from entities that "reside" or are "found" in this judicial district for use in a foreign legal proceeding. *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004). Similarly, each of the four factors that the Supreme Court established to guide this Court's discretion in permitting discovery pursuant to Section 1782 also weigh in favor of awarding discovery. *First*, the Merchants will not be parties to the foreign proceeding. *Second*,

courts in France, where the foreign proceeding will take place, are receptive to information obtained through Section 1782. *Third*, the discovery here does not seek to circumvent any proof-gathering restrictions in France. *Fourth*, the discovery requested is not unduly burdensome, does not seek privileged information, and is limited to specific topics relevant to Petitioner's claim in the contemplated French legal proceeding.

    Petitioner therefore respectfully requests that this Court enter an Order granting his application.

Dated:   September 29, 2025              Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Orin Snyder*
Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Petitioner*
*Jan Koum*