UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of JAN KOUM for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Criminal Proceeding Against Remi Tessier and Dernier Etage SARL. | Case No. 25mc428 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Samuel L. Raymond of Gibson, Dunn & Crutcher LLP, an attorney in good standing and admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for Jan Koum.

Dated:   New York, New York
         September 29, 2025

GIBSON, DUNN & CRUTCHER LLP

/s/  Samuel L. Raymond
Samuel L. Raymond
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile:  (212) 351-4035
Email: SRaymond@gibsondunn.com

*Attorneys for Petitioner*
*Jan Koum*