# EXHIBIT 1

# TRIBUNAL DES ACTIVITÉS ÉCONOMIQUES DE PARIS

## ORDER

**We, the President of the Tribunal des Activités Economiques de Paris** ; **Having regard to articles 490, 493, 874 and 875 of the Code of Civil Procedure** ; **Having regard to articles 145 and 249 of the Code of Civil Procedure** ;
Having regard to articles L 153-1 et seq. of the French Commercial Code;
**Having regard to articles R153-1 to R153-8 of the French Commercial Code**;
**Having regard to the foregoing petition, the grounds therefor and the exhibits submitted**;

Find that the applicants,
Immobiliare Management LLC, a California limited liability company, registered with the California Registry of Commerce and Companies under number 201510510234, having its registered office at 330 North Brand Boulevard, Suite 700, Glendale California (91201) United States,
M1 Marine Holdings Ltd (formerly P099 Holdings Ltd), a Cayman Islands company, registered in the Cayman Islands Register of Companies under number CB-311879, whose registered office is at Lantana Corporate Services Limited, 4th Floor Anderson Square, Shedden Road, PO Box 1808, George Town Grand Cayman KY1-1109, Cayman Islands,
M2 Marine Holdings Ltd, a Cayman Islands company, registered with the Cayman Islands Registry of Companies under number CB-374665, whose registered office is at Lantana Corporate Services Limited, 4th Floor Anderson Square, Shedden Road, PO Box 1808, George Town Grand Cayman KY1-1109 Cayman Islands,

have a legitimate reason to request an investigating measure in view of a future lawsuit for contractual breaches against Dernier Etage, SARL registered in the Paris Trade and Companies Register under number 348 020 207, headquartered at 4 rue de Ponthieu- 75008 Paris,

Find, in view of the evidence produced, that the applicants are justified in not calling the party concerned by the measure, given the risk of deterioration or alteration of the evidence referred to;

Appoint SAS Van Kemmel, in the person of Maître Stéphane Van Kemmel or one of its partners, as Mandataire de Justice, with the mission to :
- go to the head office of Dernier Etage, located at 4 rue de Ponthieu in Paris (75008) for the purpose of obtaining or obtaining on any medium :
    o copies of accounting documents relating to the supply of items reinvoiced by Dernier Etage to the Plaintiffs, in accordance with the invoices listed in appendices 1 and 2 to this order (including final invoices from suppliers, credit notes, purchase orders, delivery notes, proofs of payment from suppliers and packing slips), including those that have been erased or altered, stored on any computer medium (hard disk, computer, e-mail service, USB keys, cloud hosting platform);

- o copies of third-party accounts and, in particular, of the lettered and unlettered supplier sub-accounts for the suppliers concerned, and to be provided with any cost accounting, project accounting or summary table mentioning suppliers relating to the Moonrise I and Moonrise II projects;

from July 1, 2016 for the Moonrise I project and August 31, 2021 for the Moonrise II project up to the date of the findings,

- to take copies of documents; in the case of paper documents, we authorize the legal representative to take copies, and in the case of digitized documents, to take copies in digital form only;

- and carry out searches on all computer media, including computers, servers, clouds and tablets,

- to obtain from the defendant the access codes, in particular computer codes, necessary for the performance of his mission;

We authorize the commissioner(s) to be assisted and/or substituted by any territorially competent bailiff of their choice;

Authorize the commissioner(s) of justice to be accompanied and assisted by any technician of his or her choice, in particular in computer matters, and to be assisted by the Force Publique, without the need for a prior request to the Prefect of Police;

We hereby authorize the commissioner(s) and the technician selected by the commissioner(s) to have access to all servers, computer workstations and e-mail accounts on which the items sought are stored, as these media may be used or administered by the natural persons and/or legal entities referred to in the request and the order at the foot of which it is made, by any company controlled by them or under common control with them and/or by the managers or employees of the aforementioned companies, and to all other computer data media (external, internal, including virtual);

Authorize the court commissioner(s) and the technician chosen by him/her to access all external and internal media, USB sticks, external disks and/or storage peripherals, professional and/or personal cell phones used in exchanges with the individuals or legal entities concerned, instant messaging, WhatsApp, Slack, etc., as well as remote databases and/or work platforms, and/or virtual spaces such as the Cloud or Dropbox, electronic agendas, collaborative spaces, SharePoint, etc., without this list being exhaustive, if necessary by consulting the computer programs installed on the computers.
"Cloud" or "Dropbox", electronic agendas, collaborative spaces, "SharePoint" without this list being limitative, if necessary by consulting the computer programs installed on the computers.

AUTHORIZE the instrumental commissioner(s) and the technician(s) chosen by him/her to access all physical files, diaries, notes, paper documents, etc ;

We hereby order the requested party(ies) to refrain from obstructing the recording operations, and to communicate, himself/herself and/or any external person/service provider, to the instrumental judicial commissioner(s) the access codes and passwords of all the aforementioned media and servers, to have access thereto, to install any software or connect any peripheral for the needs of the operations and to override any computer protection that would prevent the commissioner(s) from carrying out his/her/their mission and, in general, to collaborate in resolving any technical difficulties encountered, by investigating any external service providers for this purpose and/or by communicating "Administrator" accesses, where applicable, in particular to connect to any data media of employees who are teleworking on the day the mission is carried out.

We hereby forbid any individual and/or legal entity directly involved in the dispute, or any third party other than our lawyer, to be informed of this mission;

AUTHORIZE the commissioner(s) to carry out, in a general way, all useful research and observations, including opening or having opened by any locksmith any door of the premises, furniture or vehicles on the premises, in order to search for the elements referred to in the order;

AUTHORIZE the Judicial Commissioner(s) to have the items found handed over to him or searched for, and to search, copy, photograph or photocopy them, and to use any equipment he deems necessary and to connect any software of his choice, in particular for investigation, failing which, to use his own means of copying, if necessary by temporarily taking the originals of the items identified in his office;

AUTHORIZE the commissioner(s) to carry out searches by means of screen sharing, and to take any screenshots needed to illustrate the remote search;

DISONS que dans le cadre d'une communication effectuée par le ou les requis, le ou les commissaire(s) de Justice instrumentaire(s) est autorisé, avec l'assistance du technicien informatique, à procéder à toutes vérifications permettant de s'assurer de la traceabilité des opérations, de leur intégrité et de leur exhaustivité ;

Let us state that the searches will also include any deleted e-mails that may be recovered by the IT technician using appropriate software, or by requesting the loading of backup data;

Authorize the court commissioner(s) and the technician chosen by him/her, if necessary, to extract the hard disks from the central processing units of the computers concerned, to examine them using the investigative tools of his/her choice, and then to replace the hard disks in their respective central processing units after having taken a copy of them;

Any document or file entitled "Personal", "Perso" or "Privé", and any correspondence to or from the requested party's lawyer(s), whose names must be provided by the requested party, will be excluded from the bailiff's search.

In the event of the presence of such a document or file, the bailiff will be able to ascertain whether the information it contains is truly private;

We authorize the commissioner(s) to produce to the persons present the documents referred to in the petition and to record all statements made in the course of operations in connection with the mission, but to refrain from all interpellations other than those necessary for the accomplishment of the mission;

In the event of difficulties in selecting and sorting the items sought, particularly with regard to their volume, or in the event of difficulties encountered in accessing the company's computer media, we authorize the commissioner(s) to make a complete copy in duplicate of the files, hard disks and other data carriers which he deems necessary in connection with the assignment entrusted to him, one copy of which will be placed in escrow to serve as a reference and will not be transmitted to the requesting party, and the other copy will be used by the court commissioner(s) to carry out, on a deferred basis, with the assistance of the technician chosen by him, all the searches and analyses referred to above;

In the case of this deferred analysis, the technician must draw up a technical note establishing the traceability of his operations;

DISCLAIM that in the event that the items in question are outsourced to a third-party accountant or storage company, the Commissaire de Justice will order Dernier Etage to disclose the name, contact details and contract references of this external service provider, and will INJUNCTION Dernier Etage not to have any contact with this service provider for 15 days, the time required for the Petitioners to obtain authorization to access the required information from this or these third parties;

At the end of the operations, the bailiff should, if possible, draw up a document identifying the items seized and give it to the party from whom he obtained it;

ORDER the instrumental bailiff(s) to draw up a report of findings, which will be communicated to the petitioner;

DISONS que le ou les commissaire(s) de Justice instrumentaire(s) tiendra à la disposition de la partie auprès de laquelle il aura obtenu, sur un support informatique adapté, une copie des pièces séquestrées, si cette remise n'a pu être faite sur place ;

Let us state that all the elements (inventory of the documents obtained, copies of documents, copies of computer media, photographs) collected by the witness commissioner(s) will be kept by him, in provisional sequestration, without him being able to give knowledge of them to the claimant, but that any findings or statements recorded may appear in the minutes of the witness report;

Let us state that if the judge is seized in summary proceedings on the basis of article R 153-1 of the French Commercial Code of a request for modification or retraction of the present order within one month of its notification, the judge is competent to rule on the total or partial lifting of the sequestration measure. In the absence of a retraction, the release hearing is held in accordance with articles R 153-2 et seq. of the French Commercial Code;

Let us say that if the judge is not seized in summary proceedings of a request to modify or retract his order within one month of service of the said order, the parties will come before us in summary proceedings in order to proceed to the lifting of the provisional sequestration in the presence of the court commissioner. This will be limited to excluding from communication the documents otherwise protected by law;

A deposit of €3,000 will be paid by the claimant to the commissioner(s) appointed above before any execution of his mission;

We hereby declare that, in the absence of payment by the claimant of the aforementioned advance within one month of the date hereof, the appointment of the commissioner(s) shall be null and void and of no effect;

The appointed commissioner(s) will carry out his/her/their assignment(s) within two months of payment of the advance, but any assignment(s) commenced prior to the expiry of this period may be continued beyond it;

We hereby order that this Order on request be filed with the Clerk's Office of this Court and that it be referred to us in the event of any difficulty, but only if the assignment has been carried out, or in the event of obstacles such that they do not allow the assignment to be carried out, in accordance with the provisions of article 496 of the Code of Civil Procedure.

Liquidate the costs of the present order at the sum of 10.22€ (VAT 1.70 €)



Electronically signed by
Mrs Ghislaine Geoffroy

Electronically signed by Mrs
Marie-Paule Robineau
31/07/2025

# Appendix 1 - Moonrise invoices I

| Entity | Description | Invoice # | Detail | Date | Amount |
|---|---|---|---|---|---|
| 1 Marine Holdings (Moonrise) | M1 - Auction in Paris Vintage Furniture | 2105131 | Auction in Paris Vintage Furniture | 2021-05-17 | 43,680.00 |
| | M1 - Accessories | 2002049 | Accessories package as per PO 054-P1008 - balance | 2020-02-24 | 276,651 |
| | M1 - Accessories Package 2 | 1910487 | Accessories package as per PO 065-P1008 - first deposit | 2019-10-28 | 1 |
| | | | Accessories package as per PO 065-P1008 - balance | | |
| | M1 - Accessories shipment | 2006173 | Accessories Shipment - first deposit | 2020-06-30 | 28,089.51 |
| | | | Accessories Shipment - balance | | |
| | | | Additional accessories package as per PO103-P1008 - balance | | |
| | M1 - Additional Accessories - Budget V | e was | Additional Accessories - Budget V | 2020-07-16 | 63,961.62 |
| | M1 - Additional Accessories 2 | 2004109 | Additional accessories package II as per PO134-P1008 - first deposit | 2020-04-03 | 12,010.0 |
| | | | Additional accessories package III as per PO141-P1008 - partial balance | | |
| | | 2WW1#O | Additional accessories package III as per PO141-P1008 - final balance | 2020-07-20 | 1,121.25 |
| | M1 - Additional Accessories VII package | 2010342 | Additional Accessories VII package | 2020-10-27 | 43,045.77 |
| | M1 - Additional bespoke vases and planters | 2004118 | Boocs package as Mr POtsB Psas; Bespoke vasts and planters ets- as | 2020-04-27 | 38,726.2 |
| | M1 - Additional budgets | | | | |
| | | 2003084 | Ad tw8gdR.0mt | 2020-03-12 | |
| | M1 - Additional chair at desk MD Guest cabin | 21&t87 | AddWonaTchaua(dIADGumtobñ | 2021-06-28 | 1,955 |
| | M1 - Additional furniture | 1912539 | Additional furniture package - first deposit | 2019-12-18 | 88.31 |
| | | | Additional furniture package - balance | | |
| | M1 - Additional Furniture | | Additional furniture budget | | |
| | M1 - Bespoke vases and | | | | |
| | M1 - Bookrests | | | | |
| | M1 - Books 1 | | | | |
| | M1 - Books 2 | | | | |
| | M1 - Cashmere blankets | 2002045 | Cashmere blankets package as per PO124-P1008 - first deposit | 2020-02-24 | 19,1 |
| | M1 - Custom exterior shampoo holders | 2106413 | Custom exterior shampoo holders - first deposit | 2021-06-16 | 3,960 |
| | | 2107272 | Custom exterior shampoo holders - balance | 2021-07-30 | 5,969.77 |
| | | | Exterior decorative cushions package - balance | | 37,168.00 |
| | M1 - Furniture Package 1 | 1909424 | Furniture package 1 - first deposit | 2019-09-13 | 1,955,057.02 |
| | | | Furniture Package 1 - second deposit | | |
| | | 2002047 | Furniture Package 1 - partial balance | 2020-02-24 | 181,006.80 |
| | | z00j074 | Furniture Package 1 - partial balance | XN0030# | 142,490.04 |
| | | 2003061 | Furniture Package 1 - final balance | 2o1o'O3-H | 84,537.36 |
| | | | Furniture Package 2 - second deposit | | |
| | | 2002048 | Furniture Package 2 - partial balance | 2020-02-24 | 11,303.1 |
| | | | Furniture Package 2 - final balance | | |
| | M1 - Furniture shipment | 2006149 | ruencuet Packs coating, shigpir'g, delivayand c'sIeItatan cats - fast degos t 23 | 702+06- | 100,358.00 |
| | | | | | 6,460.00 |
| | M1 - Hangers | sstU93 | | | 54,027 |
| | | | na n pa'¥ag'- ad per PO 04s-e IN - ' dep'e/t | 2019-11-12 | |
| | M1 - Interior furniture Additional items | 2007189 | Interior furniture Additional items | 2020-07-16 | 5,925 |
| | M1 - Interior furniture Lower deck - Massage room - Carpets | 2106158 | Interior furniture Lower deck - Massage room - Carpets | zoxm.m | 7 |
| | M1 - Interior furniture Lower deck - SPA Corridor | 2105132 | Interior furniture Lower deck - SPA Corridor | 2021-05-18 | 6ws |
| | M1 - Lower deck - Massage room loose woven leather carpet | 2106182 | Lower deck - Massage room loose woven leather carpet | 2021-06-24 | |
| | M1 - OD Pantry - Loose Carpet | 2010340 | | | |
| | - Travel Costs | 1609212 | | | |
| | | 1612312 | | | |
| | | 1704122 | | | |
| | | 1706191 | Travel costs | 2017-06-16 | 8,483.2 |
| | | 2006158 | | | 7.W 3azz.7 s,si3 +A9¥0 the ^A¥A tzasizt s,Wd* zsaso |
| | | 2007141 | Travel costs | 2020-06-24 | |
| | | | wo-¥eit IealMr seco+t¥ deposit | | |
| | - Woven Leather Gym | | Wnven leather b¥tgwe | | 2,309.70 |
| | | 2010339 | 0 m Wah '- , Gwen Le | 2020- | |
| | | 2004110 | | | |

# Appendix 2 - Moonrise II invoices

| Project | Invoice Grouping | Invoice # | Invoice Description | InvoiceDate | Invoice Amount Due |
|---|---|---|---|---|---|
| M2 Marine Holdings (Moonrise) | Böwer- Delivery and installation of the interior furniture (30% payment ) | 2505143 | 386 Dernier Etage 2505143 | 2025-05-06 | 12,549.00 |
| | PO 006 - Magnifying mirrors (100%) | 2409295 | 171 Top Floor 2409295 | 2024-09-23 | 10,914.30 |
| | PO 009 - Exterior c¢istom tables(2nd deposit-partial balance) | 2503073 | 300 Top Floor 2503073 | 2025-03-14 | **124,594.40** |
| | PO 009 - Exterior custom tables (3rd deposit-partial balance) | 2505119 | 350 Top Floor 2505119 | 2025-05-06 | 156,277.60 |
| | PO 009 - Exterior Furniture Table /incl. Delivery and installations(1st 50%) | 2410311 | 176 Top Floor 2410311 | 2024-10-02 | **319,850.00** |
| | PO 010 - Massage Table & Barber Chair/ incl. Delivery and installations (1st 5O%) | 2410312 | 175 Top Floor 2410312 | 2024-10-02 | 13,018.00 |
| | PO 010 - Massage Table & Barber Chair/ incl. Delivery and installations (2nd deposit 5( | 2503074 | 296 Top Floor 2503074 | 2025-03-14 | 11,518.00 |
| | PO 010 - Massage Table & Barber **Chair/** incl. Oelivery and installations(Delivery Adjus | 2505148 | 387 Top Floor 2505148 | 2025-05-23 | 1,171.24 |
| | PO 013 - Custom Bar Stools/ incl. Delivery and installations (1st 50%l | 2410336 | 177 Top floor 2410336 | 2024-10-14 | **23,326.00** |
| | PO 015 - Fitted Lœse Carpets (1st deposit 50%) | 2410352 | 185 Top Floor 2410352 | 2024-10-25 | 373,284.00 |
| | PO 015 - Fitted Lœse CarpetS (2nd 50%-partial balance) | 2503071 | 274 Top Floor 2503071 | 2025-03-14 | 356,315.22 |
| | PO 016 - Bower Interior Furniture (1st deposit 50%) | 2410353 | 186 Top Floor 2410353 | 2024-10-25 | 193,200.00 |
| | PO 016 - Böwer Inteior Furniture (2nd Deposit 20%) | 2504095 | 303 Top Floor 2504095 | 2024-04-04 | 77,280.00 |
| | PO 016 - Bower Interior Fumiture (3rd deposit-final payment) | 2505121 | 351Last Floor 2505121 | 2025-05-06 | **115,920.00** |
| | PO 017 - Laval Interior Furniture (1st Deposit50'X") | 2410354 | 187 Top Floor 2410354 | 2024-10-25 | 573,960.00 |
| | PO 017 - Laval Interior Furniture (2nd deposit-panial balance ) | 2503077 | 298 Top Floor 2503077 | 2025-03-14 | 160,150.38 |
| | PO 017 - Laval Interior Furniture (3rd deposit-partial balance ) | 2505118 | 385 Dernier Etage 2505118 | 2025-05-06 | 98,951.64 |
| | PO 018 - Metrica Package (1st deposit 50%) | 2411359 | 190 Top Floor 2411359 | 2024-11-05 | 510,000.00 |
| | PO 018 - Metrica Package (2nd deposit -20%) | 2504094 | 304 Top Floor 2504094 | 2024-04-04 | 204,000.00 |
| | PO 023 - Ebenisterie furniture (2nd deposit-partial balance ) | 2503075 | 299 Top Floor 2503075 | 2025-03-14 | **150,950.00** |
| | PO 023 -Ebenisterie fumiture (1st deposit 50%) | 2411367 | 192 Last floor 2411367 | 2024-11-05 | 186,000.00 |
| | PO 024 - Curtain Fabric (1st deposit 50%) | 2411373 | 196 Top Floor 2411373 | 2024-11-12 | 82,790.50 |
| | PO 025 - Interior fabrics (1st deposit 50%) | 2411376 | 200 Last floor 2411376 | 2024-11-14 | 244,943.50 |
| | PO 025 - Interior fabrics (2nd deposit 50%) | 2504113 | 311Last Floor 2504113 | 2025-04-16 | 240,579.58 |
| | PO 028 - Lamps (1st deposit 50%) | 2412399 | 201Last Floor 2412399 | 2024-12-04 | 90,799.50 |
| | PO 028.1 - Lamps (2nd deposit 50%) | 2503084 | 295 Last Floor 2503084 | 2025-03-24 | 72,912.50 |
| | PO 029 - Interior furniture - Laval additional package (1st 50P-) | 2412400 | 202 Top Floor 2412400 | 2024-12-04 | 17,400.00 |
| | PO 031 - Earnes Lounge Chair and Stool (1st Payment 50Po) | 2412428 | 321Last Floor 2412428 | 2024-12-20 | 4,409.50 |
| | PO 031- Eames Lounge Chair and Stool (Final Payment 50%) | 2505125 | 352 Top Floor 2505125 | 2025-05-06 | 4,409.50 |
| | PO 036 - Vedder wenge OD Cabin sofa (1st deposit 50%) | 2503072 | 297 Top Floor 2503072 | 2025-03-14 | 18,605.00 |
| | PO 036 - Vedder wenge OD Cabine sofa (2nd deposit 50%) | 2502032 | 336 Last floor 2502032 | 2025-02-06 | 18,606.00 |
| | POO77 - LED Lighting RTD | 2504091 | 324 Top Floor 2504091 | 2025-04-02 | 14,446.74 |
| | PO 084 - Lobby Armchairs(10096 on time, 50P- upholstery & Fabric +mark up j | 2504120 | 329 Top Floor 2504120 | 2025-04-28 | 141,875.50 |
| | Travel Cost Expenses (May 2024-July 2024) | 2409285 | 170 Top Floor 2409285 | 2024-09-04 | 5,649.35 |
| | Travel Cost Expenses Makkum (October 2024) | 2412429 | 220 Top Floor 2412429 | 2024-12-31 | **2,463.00** |

| Project | Invoice Grouping | Invoice # | Invoice Description | InvoiceDate | Invoice Amount Due |
|---|---|---|---|---|---|
| | **Unpaid Invoices** | | | | |
| M2 Marine Holdings (Moonrise) | Travel Cost Expenses {March 2El34) | 2404138 | Top Floor 2404138 | 2025-09-04 | 2 634,64 |
| | PO 025 -1ntertorfabrics(Bgtonce onfabric adjustment) | zsaszaa | Top floor 2S0'fi144 | **2024-04-16** | 327,5€l |
| | Laval(Jst phase insto//otionJ Ebenisterie(Packing, Delivering), ESI (J/npmentJ | 2503081 | Half Floor 250sog | 2025-03-21 | S3 704,78 |
| | Lavol (2nd phase instollaâon) Delivery & Travel | 2505142 | Half Floor 25El5142 | 2025-05-11 | 22 380,03 |
| | PO 072 - ODSuite Ottoman | 2SD3085 | Top Floor 25030BS | 2025-03-30 | 20 000,00 |
| | PO 023 - Ebenisteriefurniture (3rddeposit-final payment) | 2505117 | Last Floor 2505117 | 2025-06-05 | zs 0s0,oo |
| | PO 018 - Meftlca Package (3rd deposit-final payment) | 2S0S 2O | Top Floor 250512El | 2El25-06-05 | 306 000,00 |
| | Pa ozs - Curtain Fabr "c(2nd deposit fiD9â-final payment) -Cheek by MZ/ok to go for pc | ;ZSOS1 8 | Last ctoge 2505123 | 2025-06-DC | B2 790,50 |
| | PO 013 - Custom 6or Stools,/'incl. Delivery and insra/lotions (2nddepasitpayment)-Pen | 2fi0SZ22 | Half Floor 2505122 | 2025-06-05 | 19 826,El0 |
| | PO 017 - Iovo/ Inferior Furniture (4th payment-partial balance) | 2505155 | Top Floor 2505155 | 2025-06-05 | 212 808,30 |
| | PD l317 - Naval Interior Furniture (5th payment-final balance) | 2505156 | Last floor 250SJ56 | 2025-06-o5 | 102 049,68 |
| | PO 029 - Interiorfurniture- Naval additional package (2nd deposit 5Eflnal payment)- | 2S05124 | Demier Eroge 2505124 | 2025-06-05 | 17 400,00 |
| | PO 013 - Custam Bor5foo/s/inc/. Delivery pnd/nsto/lotions l2nd deposit payment)-Pen | ZS0SJ22 | Half Floor 2505122 | 202'fi-06-05 | 19 826,00 |
| | Bower- Delivery and installation of the interiorfinrniture (Balance Pa'menrJ | 2506176 | Top floor 2506176 | 202fi-1l-O5 | 29 281,00 |
| | ESI F/ne Art handlers (1st payment 50%J | 2S0SMd | Half Floor 2505154 | 2025-05-22 | 11,044.0El |
| | ESI Fine Art handlers (2nd payment S0%J | 2506174 | Half Floor 2506174 | 2025-10-06 | 11 044,00 |
| | Pi9 009 - Exterior custom tab/es (4th deposit- partial balance) | 2506173 | Half Floor 2506173 | 2025-10-06 | 22 250,00 |
| | 2nd Phase Installation (Moonrise 2J | 2fi0fi17S | Half floor 2506175 | 2025-10-06 | 22 280,03 |
| | PO 084 - Labby Armchairs(balance on irems delivered) | 2506181 | Demier Etoge 25El6181 | 2025-11-06 | 9,372.5El |
| | Travel Cost Expenses (January 2025) | 2503080 | Half Floor 25à3080 | 2025-El3-18 | 1 012,92 |
| | Travel Cost Expenses (June 2025J | 2506194 | Last Floor 2506194 | 2025-06-24 | 19 773,82 |
| | Travel Cosr Expenses (March-May 2025) | 2506165 | Half Floor 25El6165 | 2025-o6-o2 | 23 652,72 |
| | PO oe8 - Decorative Accessories (100% Payment) | 2505141 | Top Floor 2505141 | 2El25-05-21 | 135 847,80 |
| | Credit note to invoice #2505141 | 2S0m98 | Last £Soge 250619B | 2025-06-3El | -135 847,80 |