UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of JAN KOUM for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Criminal Proceeding Against Remi Tessier and Dernier Etage SARL. | Case No. 25-mc-428<br><br>**ORDER** |

      Upon consideration of the application submitted by Jan Koum ("Petitioner") for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding, and the accompanying memorandum of law, Declarations of Orin Snyder, Sara Colorado, and Pierre-Emmanuel Fender, and supporting documents,

      IT IS HEREBY ORDERED that:

1. The application for discovery from Respondents Acquavella Fine Arts LLC, Nahmad Contemporary, Babou LLC, B&B Italia, U.S.A. Inc., Hudson Furniture Inc., and New York Gallery LLC pursuant to 28 U.S.C. § 1782 is granted;

2. Petitioner is authorized to take discovery relating to the issues identified in his application from Respondents Acquavella Fine Arts LLC, Nahmad Contemporary, Babou LLC, B&B Italia, U.S.A. Inc., Hudson Furniture Inc., and New York Gallery LLC in accordance with the Federal Rules of Civil Procedure and the Rules of this Court, including by serving on Respondents Acquavella Fine Arts LLC, Nahmad Contemporary, Babou LLC, B&B Italia, U.S.A. Inc., Hudson Furniture Inc., and New York Gallery LLC subpoenas *duces tecum* for depositions and production of documents listed in the form of the subpoenas attached as Exhibits 1 to 6 to the Declaration of Orin Snyder;

3. Respondents Acquavella Fine Arts LLC, Nahmad Contemporary, Babou LLC, B&B Italia, U.S.A. Inc., Hudson Furniture Inc., and New York Gallery LLC are hereby directed to comply with the subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

4. Orin Snyder of Gibson, Dunn & Crutcher LLP is hereby appointed to issue, sign, and serve the subpoenas upon Respondents; and

5. This Court shall retain such jurisdiction as is necessary to effectuate the terms of such subpoenas.

The Clerk of Court is directed to close the motion at ECF No. 11.

Dated: October 3, 2025

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge