UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of JAN KOUM for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Criminal Proceeding Against Remi Tessier and Dernier Etage SARL

CASE NO. : 1:25-MC-00428

vs

*Plaintiff*

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in Sunnyside, New York

That on **9/30/2025** at **11:58 AM** at **18 East 79th Street, New York, NY 10075**

undersigned served a(n) **Application for Judicial Assistance to Obtain Evidence for Use in a Foreign Proceeding Pursuant to 28 U.S.C. §1782, Memorandum of Law in Support to Jan Koum's Application for an Order Pursuant to 28 U.S.C. §1782, Miscellaneous Case Cover Sheet, [Proposed] Order, Notice of Appearance for Darcy C. Harris, Notice of Appearance for Lee R. Crain, Notice of Appearance for Samuel L. Raymond, Declaration for Orin Snyder in Support of Petitioner's Application for Judicial Assistance Evidence for Use in a Foreign Proceeding Pursuant to 28 U.S.C. §1782 with Exhibits 1-13, Declaration of Pierre-Emmanuel Fender in Support of Jan Koum's Application for an Order Pursuant to 28 U.S.C. $1782 with Exhibit 1, Declaration of Sara Colorado in Support of Jan Koum's Application for an Order Pursuant to 28 U.S.C. $1782 with Exhibits 1-52**

on **Acquavella Fine Arts LLC**,

by delivering thereat a true copy of each to **Louise West** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served Based on Undersigned's Perception:
Gender : Female
Race: White
Hair : Lt. Brown
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight :100-130 Lbs.
Other :

I affirm on 10/06/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Di Gong Jiang
License No.1220800