**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of JAN KOUM, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Criminal Proceeding Against Remi Tessier and Dernier Etage SARL. | No.: 1:25-mc-00428-JPO |

### NOTICE OF MOTION TO INTERVENE, VACATE OCTOBER 3, 2025 ORDER AND DISMISS THE PETITION, OR ALTERNATIVELY, FOR A PROTECTIVE ORDER CONCERNING THE SIX SUBPOENAS DUCES TECUM AUTHORIZED PURSUANT TO 28 U.S.C. § 1782

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law; the Declaration of Hassan Khan, Esq., and exhibits; and the declaration of Leon Del Forno, Esq., and all prior pleadings and proceedings, Remi Tessier ("**Tessier**") and Dernier Etage SARL ("**Dernier Etage**") (together "**Movants**"), by and through their undersigned counsel, will move before the Honorable J. Paul Oetken, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, pursuant to Local Rule 6.1 and Federal Rules of Civil Procedure, at a date and time to be set by the Court, for an order:

1. Granting the Movants' intervention as of right under Fed. R. Civ. P. 24(a)(2) or permissively under Fed. R. Civ. P. 24(b)(1);

2. Vacating the Court's October 3, 2025 Order (ECF No. 17) (the "**October 3 Order**") that granted Petitioner Jam Koum's application for discovery in aid of a foreign proceeding under 28 USC § 1782 on the grounds that there is no foreign proceeding to permit discovery in the United States and discovery is not needed at this pre-complaint stage; and

3. Dismissing the Petition.

1

4. In the alternative, entering a protective order under Fed. R. Civ. P. 26(c) and 45 to: (i) limit any discovery to targeted and narrow categories strictly necessary for adjudication of the alleged contemplated criminal proceedings Petitioner asserts will at some point be filed under French law against Movants; (ii) impose stringent confidentiality and attorneys' eyes only protections, including a ban on dissemination to press or non-parties; (iii) prohibit use of materials for any purpose outside of those criminal proceedings if and when filed; and (iv) defer or stage discovery as appropriate; and

5. Granting Movants such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 28, 2025

**PORZIO, BROMBERG & NEWMAN, P.C.**

By: _____
William J. Hughes
Gary M. Fellner
Caitlin M. Nolan

*Attorneys for Movants Remi Tessier and Dermier Etage SARL*

1675 Broadway, Suite 1810
New York, New York 10019-5820
(646) 348-6722
wjhughes@pbnlaw.com
gmfellner@pbnlaw.com
cmnolan@pbnlaw.com