# EXHIBIT 1

Top　　Home　+99　7th 2025 9AM 12°C　12PM 11°C　5-Day Forecast

# Daily Mail

| Home | News | Royals | U.S. | Sport | TV | Showbiz | Femail | Health | Science | Money | Travel | Podcasts | Buyline |

My Profile　Logout

ADVERTISEMENT

# WhatsApp billionaire accuses designer of overcharging for fake luxury goods

**PUBLISHED:** 16:03 BST, 30 September 2025 | **UPDATED:** 16:04 BST, 30 September 2025

View comments

WhatsApp founder Jan Koum has accused an interior designer of ripping off millions from him while renovating his homes in Malibu and St Barts and two superyachts.

In explosive court documents filed in federal court in Manhattan, the billionaire tech entrepreneur claims French designer Remi Tessier 'brazenly exploited' their 10-year working relationship by supplying fake luxury goods and inflating prices on items by 10 to 20 per cent, as part of a 'pattern of predation'.

Koum, 48, accuses Tessier of charging him eye-watering markups for upscale home furnishings and goods, including $22,800 for a luxury chair which would have cost $14,500 - an 81 per cent hike.


+12 View gallery


+12 View gallery

Enter your search　　Search

## DON'T MISS


▶ Kim Kardashian has spotlight stolen by her own MUM as Kris Jenner, 69, flaunts £100K facelift at her big premiere


▶ Celebrity Traitors fans rage 'this is criminal' as they blast BBC for 'the one thing spoiling the series' - but have YOU noticed it yet?


▶ Myleene Klass wears a strapless satin top and matching champagne skirt as she attends Ethnicity Awards


▶ ALISON BOSHOFF: Jacko's daughter reaches out to his 'grooming' victims for the first time


▶ Kate Cassidy shares her final hour with Liam Payne as he lifts her into the air for last dance in emotional clip shared a year after his death


▶ 'It allowed me to grow my income without taking too much risk': The secret behind one business owner's expansion
**AD FEATURE**

17/10/2025, 09:54　　Case 1:25-mc-00428-JPO   Document 24-1   Filed 10/28/25   Page 3 of 18
WhatsApp billionaire accuses designer of overcharging for fake luxury goods | Daily Mail Online

Top　　　Home　　+99

and superyachts

He claims he was also charged $2,027.67 for an 84-piece set of glassware that was actually worth $1,264.98.

**TRENDING**

**Fan fury grows over police ban on Israeli supporters at Villa match**
13.5k viewing now

**Why the Mounjaro mums are finally ditching the jab: AMANDA GOFF**
48.5k viewing now

**Celebrity Traitors blast 'criminal' BBC for 'spoiling series'**
5.8k viewing now



**Dragon's Den star offers biggest deal in the show's 20 year history with eye-watering amount for just 1 percent of a company**



**EXCLUSIVE** **'He was very put out… she's got form': Taylor Swift's shock 'fall-out' with 'second brother' Ed Sheeran as insiders tell GRANT TUCKER**



**The state of Taylor Swift's friendship with Blake Lively revealed after singer released song about 'cancelled' pals**


ADVERTISEMENT

Tessier also allegedly supplied cheap or knock-off versions of items, such as a set of pashmina carpets for $751,000 which turned out to be 'fakes' made of 'cheap synthetic materials' that were worth half the price.

Koum accuses the Paris-based designer to the ultra-rich of keeping him in the dark during the process and turning their decade-long relationship into a 'brazen, sprawling fraud'. He says he also plans to bring a criminal fraud case against Tessier in France.

The court documents seek 'evidence for use in a foreign preceding' to find information from the American merchants involved.

The filing names Tessier and his company Dernier Etage SARL, describing a giant betrayal by the designer, a friend of famed art dealer Larry Gagosian who helped design galleries for him in Paris and Switzerland.

Daily Mail has reached out to Tessier for comment.



**Why families LOVE this award-winning kids' magazine: It sparks curiosity, fuels imagination… and keeps screens out of**

love again: Actor, 54, seen spending time

17/10/2025, 09:54  Case 1:25-mc-00428-JPO   Document 24-1   Filed 10/28/25   Page 4 of 18
WhatsApp billionaire accuses designer of overcharging for fake luxury goods | Daily Mail Online

Top   Home   +99



+12
View gallery

**Hired: Koum hired Tessier to design one of his homes in California in 2015, before using him on his other properties in Malibu (pictured)**

A glowing profile of Tessier in a German magazine from 2015 describes the 'extraordinary career of a man whose loyalty, craftsmanship, vision, and determination took him to where he never imagined he would be'.

From his studio in Paris, where he employs 15 people, Tessier renovates the homes and yachts of some of the wealthiest people in the world including billionaires and winners of the America's Cup yacht race.

In the article, Tessier is quoted as saying it is 'very important to demonstrate your integrity, and in the end, relationships are more important than the money or the business'.



+12
View gallery

**Designer: Tessier worked as the lead designer Koum's homes, including his two adjoining properties in Malibu worth $100million and $87million each (pictured)**

Koum, who sold WhatsApp to Facebook for $19billion in 2014, hired Tessier to design one of his homes in California in 2015.



with filmmaker, 37, near Reno home where he was almost killed by snow plow



▸ **Justin Bieber takes to the basketball court in LA after his wife Hailey made a dig about his ex Selena Gomez**



▸ **Cruz Beckham, 20, is supported by devoted girlfriend Jackie Apostel, 29, as he performs second secret gig in Brighton - after his previous performance reduced her to tears**

 EXCLUSIVE
**'Menopause's Last Taboo': Women get real about vaginal dryness, its impact on their lives, and why no one talks about it**
AD FEATURE



▸ **Meghan Markle enjoys star-studded Los Angeles vegan dinner for some of Tinseltown's most influential women who 'own their power' in latest step of her 'Meghan 3.0' relaunch**

▸ EXCLUSIVE

**Revealed: Emma Watson's handsome mystery man she enjoyed 'romantic' Italy holiday with is $5M tech tycoon who dated singer Camila Cabello**

EXCLUSIVE  ▸ **Truth about Tom Cruise and Ana de Armas' break-up: Insiders tell ALISON BOSHOFF how couple had shopped for houses**



▸ **Simon Cowell, 66, reveals he suffered a head injury after nasty fall as he issues health update following break from Britain's Got Talent auditions**

17/10/2025, 09:54   Case 1:25-mc-00428-JPO   Document 24-1   Filed 10/28/25   Page 5 of 18   WhatsApp billionaire accuses designer of overcharging for fake luxury goods | Daily Mail Online

Top   Home   +99

$100million and $87million each, an $80million compound in Atherton, as well as homes in Manhattan and St Barts.

Tessier also worked on Koum's two superyachts: the 328ft-long $220million superyacht Moonrise 1 and its 331ft sister ship, Moonrise 2, worth $330million.

Contracts included as part of the court papers indicate that Tessier the contract for the work on the Malibu home alone was $1.64million. For the work on Moonrise, the contract was $3.5million.



**Vessel: Moonrise 1** Tessier also worked on Koum's two superyachts, including the Moonrise 1, a 328ft-long $220million vessel



**Stunning: The interior of Moonrise 1**


Worried about the amount you drink, but not sure you can give it up? Here's how you can cut back instead….
AD FEATURE


Sofia Richie is pregnant! Daughter of Lionel Richie, 27, is expecting second child with husband Elliot Grainge as she gives first look at baby bump


She's no Pamper-ed Princess! Michelle Keegan steps out in sweats as she goes on the nappy run at her local petrol station


Liam Payne's sister Nicola shares her 'unbearable' pain one year on from his death as fans pay tribute at Argentina shrine to One Direction star


Ace Frehley dead at 74: KISS icon passes away after family makes heartbreaking decision to pull life support


Are you ready to take on the role of a lifetime? Join Rochelle Humes, Ellie Simmonds and other celebs in giving up your time to help others
AD FEATURE

Top   Home   +99



+12
View gallery

Work: He also worked on its 331ft sister ship, Moonrise 2, worth $330million

The documents state: 'From the outset, however, and unbeknownst to Koum, Tessier treated Koum not as a client but as a target.

'Tessier cultivated his image of discretion, exclusivity, and sophistication to gain Koum's trust while deliberately constructing a closed system that gave Tessier unilateral control over design and procurement with zero oversight....

'....Unbeknownst to Koum, Tessier's entire system was designed to enable him to steal, over and over again'.

Tessier insisted on being Koum's 'exclusive' design consultant with control over all sourcing and selection of furniture, fixtures and equipment, meaning Koum had no direct access to the merchants or their invoices.

But in 2024, after Koum's outside accounting firm conducted an audit, suspicions began to be raised about Tessier's billing.

Initially, the designer only handed over the invoices he had given to Koum, then claimed he was having computer issues and may not even be able to provide the documents.

Koum began an investigation of his own and discovered that his relationship with Tessier had been 'riddled with deception', it is alleged.


▶ Celebrity Traitors' Celia Imrie leaves viewers in stitches with VERY X-rated remark and wailing noises as they brand her 'the highlight of the series'


▶ Revealed: KISS legend Ace Frehley's final photo before his death at 74


▶ Harry Styles wraps up in a red scarf as he leaves girlfriend Zoe Kravitz's apartment in New York carrying an overnight bag


▶ Gene Simmons and Paul Stanley break silence on KISS bandmate Ace Frehley's sudden death at 74 as they pay emotional tribute


▶ Small changes, big difference: From Kimberley Walsh's Blush Rose paint to sleek wall panelling, here's how to elevate your home this season
AD FEATURE


▶ Jessica Simpson nearly spills out of daringly low-cut latex dress at All's Fair premiere


▶ Liam Payne's sister Ruth says his 'cruel' death will 'never make sense' in heartbreaking tribute on the one year anniversary of his tragic death


▶ Ivanka Trump's childhood crush is a Trump-hating superstar, claims her brother Eric


▶ Jonah Hill shows off dramatic weight loss transformation as denim outfit hangs loosely on his thin frame on set of new film in LA

▶ Jennifer Lopez reveals who she will 'forever cherish' after taking swipe at ex-husband Ben Affleck

17/10/2025, 09:54 Case 1:25-mc-00428-JPO  Document 24-1  Filed 10/28/25  Page 7 of 18
WhatsApp billionaire accuses designer of overcharging for fake luxury goods | Daily Mail Online

Top  Home  +99


+12
View gallery

**Invoices:** Koum included copies of invoices which he claims shows Tessier doctored the figures


▸ Alan Carr and Cat Burns prove their Celebrity Traitors friendship is going strong as they film hilarious skit parodying their roles on the show


▸ Diane Keaton's death certificate reveals heartbreaking new details about icon's final days


▸ Ethan Hawke sweetly embraces co-star Andrew Scott at the premiere of their new movie Blue Moon during BFI London Film Festival


▸ Britney Spears fires back at 'angry' ex Kevin Federline's cocaine breastfeeding claims: 'He hates me!'


▸ Eric Dane's ALS decline laid bare as he appears shockingly frail while struggling into wheelchair with aide's help


▸ Seth Rogen's claim that he's 'blacklisted' from presenting at Emmys gets blunt response from awards show


▸ Pete Davidson films role as detective in new movie… after ex Kim Kardashian shared insight on doomed romance


▸ The 'healthy' coping mechanism Nicole Kidman is turning to in the wake of her split from Keith Urban


▸ Chris Hemsworth fans notice moving detail in trailer for new documentary A Road Trip to Remember

▸ The six-week stem cell treatment that's quietly changing the way we think about hair loss - and how it's helping people reclaim confidence
ADVERTISING
SHOPPING


I've seen Professor Green's true colours. He called me a c*** news ***** - and that wasn't the worst part. I'll never forget what he did to me, says KATIE HIND

17/10/2025, 09:54  Case 1:25-mc-00428-JPO   Document 24-1   Filed 10/28/25   Page 8 of 18
WhatsApp billionaire accuses designer of overcharging for fake luxury goods | Daily Mail Online

Top   Home   +99



**Comparison:** The documents show a side-by-side comparison with a 'doctored' invoice, with misspellings

'Tessier had engaged in a brazen, sprawling, and secretive fraud against Koum, and potentially other clients as well', the paperwork states.

'Although the evidence available to Koum is limited by Tessier's secrecy and subsequent obstruction, what Koum has been able to obtain to date reveals that Tessier systematically abused his position to surreptitiously enrich himself at Koum's expense, employing numerous schemes to defraud Koum at every turn'.

Tessier would artificially inflate the prices of what he actually paid to purchase items, or got substantial trade discounts that he didn't pass on, the court documents state.

That meant he charged far above the agreed upon 10-20 per cent markup, which came in addition to a flat fee Tessier charged.

The documents state that a luxury chair cost Tessier $12,637.73 after getting a 15 per cent trade discount. That meant he should have charged $14,533.15 after a 15 per cent markup. Instead Tessier charged $22,902.24, an 81 per cent markup.

Another way Tessier allegedly ripped Koum off was providing poorer quality goods than he claimed.


▶ Celebrity Traitors viewers left 'gutted' as another Faithful is banished from the show during heated roundtable


▶ Bella Hadid's fragile runway return sparks further health fears at Victoria's Secret Fashion Show


▶ Celebrity Traitors fans exasperated by stars ignoring 'the only contestant talking sense' while failing to suss out Alan Carr


▶ The virtual performers that could turn VTubing into a $20bn industry - and why investors are paying attention
SPONSORED


▶ RICHARD EDEN: Why Petra Ecclestone's husband is on HRT


▶ Sam Fender wins the 2025 Mercury Prize for his album People Watching as shocked star admits he 'did not expect' it


▶ Selena Gomez reveals the shrewd advice Taylor Swift gave her


▶ The Naked Gun legend Ed Williams dead at 98... days after former co-star Diane Keaton's passing


▶ Plum Max offers better rates, lower fees and perks to savers and investors - how does it stack up?
SPONSORED


▶ Britney Spears' ex Kevin Federline hits new low as he shares messages shedding light into star's feud with sister

▶ Nicole Kidman marks poignant anniversary in very glamorous photo after shock Keith split

Al Pacino reveals his gut-wrenching reaction to ex Diane Keaton's

But shipping records show they were from a 'lesser-known Italian manufacturer' and the invoice was 'doctored' to make it look like they were from a French company.

Laboratory testing showed that the carpets Tessier ordered were 'fakes, made of cheap synthetic materials that were hand-loomed or hand-tufted', it is claimed.

'Many carpets were made of viscose - a highly flammable material - using inferior construction methods that are less environmentally friendly, less durable, wear down more quickly, and lack the quality and longevity of authentic hand-knotted pashmina'.

According to Koum's court filing, the true value of the carpets was half of what he paid.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

In re Application of JAN KOUM for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Criminal Proceeding Against Remi Tessier and Dernier Etage SARL.

**MEMORANDUM OF LAW IN APPLICATION FOR AN ORDER**

Other examples in the documents include a set of 16 steak knives with luxury Palisander wood handles which Tessier billed at $77.29 or $1,236.61.

But actually they were made of a synthetic material called ABS and cost less than $40.99 each.

Two supposedly 'custom' sofas which were billed at $50,237.40 each were not actually unique and were worth just $24,102.31 each, Koum claims.


▸ death... 35 years after Hollywood's biggest breakup


▸ Celebrity Traitors: Latest star to be brutally murdered is revealed - leaving co-stars confused and fans 'gutted'


▸ Tired of tossing and turning? This multi-award-winning mattress could be the answer to better sleep this season
SHOPPING


▸ Victoria Beckham puts on a VERY leggy display in a pencil skirt as she steps out shopping in New York City after sharing her life in her new Netflix documentary


▸ Helen Flanagan puts on a very busty display in skintight corset as she poses for racy snaps


▸ Kevin Federline's latest shock claim: Britney Spears did cocaine while still breastfeeding her sons… which was 'final straw'


▸ Breaking Bad star gets engaged to his longtime girlfriend


▸ Half-term made easy: Butlin's launches fun-filled family breaks - and the prices may surprise you
SHOPPING


▸ Pop star Mimi Webb kicks fan out of her gig mid-performance after wild fight breaks out in the audience


▸ Vicky Pattison reveals wardrobe disaster that left her 'stressed out and angry' during Strictly dress rehearsal

▸ Amelia Gray Hamlin shocks with 'unrecognizable' transformation at Victoria's Secret Fashion Show

Beverly Hills, 90210 vet Rebecca Gayheart, 54,

17/10/2025, 09:54 Case 1:25-mc-00438-JPO WhatsApp billionaire accuses designer of overcharging for fake luxury goods | Daily Mail Online
Document 24-1 Filed 10/28/25 Page 10 of 18

Top  Home  +99

He produced what he claimed were the underlying merchant invoices for a handful of transactions.

But Koum alleges that the invoices were doctored because he was able to obtain the real version directly from the merchant.

One invoice showed that Tessier got a 56 per cent discount but was edited to make it seem like he only got a 10 per cent discount, it is alleged.

Tessier allegedly tried to dissuade merchants from cooperating with Koum's investigation and changed his company name, selling the assets to a newly-formed entity in Monaco.

The paperwork states that Koum plans to bring a criminal case in France for Tessier's 'gross misconduct'.

He has made 'significant progress' toward this including hiring French lawyers who are preparing a criminal complaint for fraud, breach of trust, and embezzlement.

But Koum claims he is not alone and states that 'Tessier has bilked, cheated, and defrauded other high-net-worth individuals to the tune of tens of millions of dollars'.




+12
View gallery

**Knives:** In his filing, Koum points to a set of 16 steak knives with luxury Palisander wood handles which Tessier charged for a total of $1,236.61, but the knives were made of a synthetic material called ABS and cost less than $41 each, Koum claims.

 reveals she got a 'mini facelift'... as ex Eric Dane fights ALS

 Charlie Puth announces he is expecting his first child with wife of one year Brooke Sansone

 Country star engaged after 'most Nashville proposal ever' at legendary venue

 Maya Jama shows off new arm tattoo with heartwarming nod to her heritage as she cosies up to boyfriend Ruben Dias in candid snap

 CHRISTOPHER STEVENS reviews The Iris Affair on Sky Atlantic: A wonderfully loopy thriller that pays homage to classic Hitchcock

 Molly-Mae Hague lives up to her multi-millionaire lifestyle as she flaunts £60k Patek Philippe watch at her docuseries screening

 Inside Halle Berry's grueling exercise and diet regime as she flaunts her enviable physique at 59

 'I will forever hate goodbyes': Liam Payne's girlfriend Kate Cassidy pays tribute to the One Direction star on the one year anniversary of his death

 Get ready for the new nine must-have 'personality types'... thanks to Gwynnie: Gwyneth Paltrow reveals she's an 'Enneagram Type 1

Iris Law sends temperatures soaring in lingerie as she shares sizzling behind-the-scenes snaps after walking her first Victoria Secret Fashion Show

Victoria's Secret model Barbara Palvin took to

17/10/2025, 09:54 Case 1:25-mc-00428-JPO  Document 24-1  Filed 10/28/25  Page 11 of 18 WhatsApp billionaire accuses designer of overcharging for fake luxury goods | Daily Mail Online

Top   Home   +99



+12
View gallery

**Textiles:** The court documents included exhibits of textile samples of pashmina carpets that Koum sent for testing to verify their authenticity


▸ the runway with broken foot after detailing devastating health woes


▸ Gregg Wallace 'is not entitled to damages' after he claimed BBC had caused him 'distress and harassment' following his sacking, High Court told


▸ Proud dad Vernon Kay wishes glam daughter Phoebe a happy 21st birthday with a series of sweet snaps - ahead of being honoured with prestigious radio award


▸ EXCLUSIVE  Molly-Mae Hague trailer FIRST LOOK: Star reveals plans to build 'empire' as she admits surprise over huge cost of Maebe office renovation


▸ Amy Childs displays her extreme weight loss in a brown mini dress as she joins fiancé Billy Delbosq at Paris Fury's Eternal Collagen launch party


▸ ITV fail to mention John Torode's cooking show in latest schedule announcement after vowing to stand by axed MasterChef star


▸ Jennifer Lopez finally addresses wild rumor she cut dancers from an audition because they were VIRGOS


▸ Rosie O'Donnell reveals VERY surprising A-lister who was her 'worst' talk show guest


▸ Keith Urban abruptly cancels South Carolina concert due to health concerns after shock Nicole Kidman divorce


▸ Jamie Cullum arrives in Newcastle ahead of the 2025 Mercury Music Awards after wife Sophie Dahl stepped out separately at a dinner party in London

Top  Home  +99



+12
View gallery

© United States District Court Southern District Of New York

**'Fakes':** The results show that the purchased items turned out to be 'fakes' made of 'cheap synthetic materials' that were worth half the price, the documents claim

The documents state: 'On information and belief, at least two other former clients previously terminated their relationships with Tessier due to Tessier's fraudulent conduct'.

Tessier's conduct is said to be an 'open secret' among designers and merchants in the luxury design world.

The filing states that any money Koum gets from his case will be donated to a charity in France.

He is seeking evidence from one gallery from which Tessier allegedly demanded a $600,000 kickback in connection with a transaction.

Koum also wants information from merchants who sold Tessier tens of thousands of dollars worth of furniture.

**Share or comment on this article: WhatsApp billionaire accuses designer of overcharging for fake luxury goods**

Add comment

# Comments (0)



▸ Gigi Hadid looks thinner than ever at Victoria's Secret Show after crying about how event made her 'insecure'


▸ Kim Kardashian breaks hearts as she uses AI to place late dad next to her at graduation


▸ Halle Berry, 59, fans go wild as she shows off her incredible bikini body in Bora Bora


▸ Topping up your Strictly tan? Thomas Skinner leaves sunbed shop as he's seen for the first time since he launched rant wishing he never did the show


▸ Rachael Ray, 57, says she 'prefers' to live in Italy as she is latest star after Eva Longoria and Ellen DeGeneres to ditch US


▸ EXCLUSIVE  Sex And The City vet Kim Cattrall, 69, is a wrinkle-free beauty as she admits she still has menopause symptoms


▸ Princess Andre enjoys a day out with dad Peter and step-mum Emily at Paris Fury's Eternal Collagen launch party after her ITV2 reality show is renewed for TWO more series


▸ Alec Baldwin reunites with wife Hilaria for comforting family outing days after horror Hamptons car crash


▸ Claudia Winkleman reveals she was scolded by BBC bosses for glaring mistake during filming of Celebrity Traitors and shares favourite player


▸ Lila Moss sizzles as she strips down to her underwear in sexy behind-the-scenes snaps after walking in Victoria Secret's fashion show

▸ Katie Price reveals the reason she hasn't reported the British celebrity she claims raped her to the police after stunning crowd

Top ⌃    Home    +99

Comments are subject to our House rules and Terms    Comment

**Newest**    Oldest    Best rated    Worst rated    My Comments

**No one seems to have shared their thoughts on this topic yet**

Leave a comment so your voice will be heard first.

Terms | Privacy | Feedback

▸ All the shocking claims from Britney Spears' ex Kevin Federline's explosive memoir - including fears she's 'racing towards death' with on-stage confession 

▸ Reese Witherspoon reveals acting camp humiliation that killed her country career dreams at age 13 

▸ Cruz Beckham rubs shoulders with The Kooks after reducing girlfriend Jackie Apostel to tears during live show in front of 100 fans at iconic London pub 

▸ Jennifer Lopez swears off popular dating app ex-husband Ben Affleck used to be on 

▸ MAFS UK star Matt Pilmoor shares heartbreaking post about his mother's Alzheimer's battle as he opens up about the 'hardest year of my life' 

▸ Jennifer Lopez reveals if she will perform with Bad Bunny at the Super Bowl after he faced halftime backlash 

▸ Kylie Kelce makes VERY pointed comment about husband Jason's manhood on Instagram 

▸ Hollywood star, 53, is now faded has-been who won't get any more big roles or pay checks after humiliating flop of Tron reboot, insiders say 

▸ Controversial Stranger Things star Noah Schnapp mocked for sobbing on Winona Ryder's last day on set 

▸ Bitter Jimmy Kimmel brands Trump 'dumb dumb' and suggests president, 79, needs 'walk-in bath' as he continues post-suspension rants 

Love Is Blind star Mike Brockway sparks outrage with 'ignorant'

17/10/2025, 09:54 Case 1:25-mc-00438-JPO  WhatsApp billionaire accuses designer of overcharging for fake luxury goods Filed 10/28/25 Page 14 of 18

Top  Home  +99

five-year-old son diabetes with a poor diet 

 ▸ Big Brother bombarded with 600 Ofcom complaints as transphobia rows and 'bullying' leave viewers disgusted

▸ Hailey Bieber makes major dig at Selena Gomez and says it's 'annoying being constantly pitted against her' 

▸ Kim Zolciak's first romance after Kroy Biermann is with a man whose messy divorce she was called to testify in 

▸ Drag Race star FLEES America amid Trump's immigration crackdown 

▸ How Taylor Swift's late pal Jeff Lang inspired her Ruin the Friendship track as his mom speaks out 

▸ Selling Sunset star breaks down in tears revealing home was raided by masked burglars as Netflix drops explosive season nine trailer 

▸ How Millie Mackintosh and Professor Green buried the hatchet over a shared bond of parenthood and sobriety - and are now on 'better terms than they have been in a decade' 

▸ Cheryl puts on a brave face as she takes her mind off the anniversary of Liam Payne's death at bandmate's birthday dinner 

▸ Rod Stewart set up spy camera to make sure workmen were careful when they shipped his beloved model railway set from US to the UK 

17/10/2025, 09:54 Case 1:25-mc-00438-JPO WhatsApp billionaire accuses designer of overcharging for fake luxury goods | Daily Mail Online Page 15 of 18

Top  Home  +99

- joins fans in paying tribute to Liam Payne on the one year anniversary of his death 

- Megan Thee Stallion makes her courtside NBA debut to support boyfriend Klay Thompson 

- Freddie Flintoff reveals his guilt over Ricky Hatton's death after boxing star was found hanged aged 46 

- Victoria's Secret brings sexy back! Bella Hadid rules the runway after health woes, Jasmine Tookes opens the show at nine months pregnant and Emily Ratajkowski makes her debut aged 34 

- Boxing champion Ricky Hatton, 46, was found hanged by his manager at his £1.7million home, inquest hears 

- Susanna Reid announces extended break from Good Morning Britain effective immediately - but who will replace her? 

- Colour, cut, and confidence: How Claudia Winkleman's 'cohesive aesthetic' on The Traitors made her a 'modern style icon' - and the five fashion rules to follow to get her look 

- The supermodel supermums: Gigi Hadid, 30, Adriana Lima, 44, and Emily Ratajkowski, 34, lead the mothers at the Victoria's Secret Show as they swap the school run for the runway 

- Birthday girl Nicola Roberts turns heads in a striking £1,400 red Victoria Beckham gown as she celebrates her 40th with her Girls Aloud bandmates 

- Naga Munchetty reveals she was sexually assaulted by a teenage boy who she then punched in the face


▸ Tom Daley cheekily flashes his washboard abs and mocks Kate Garraway's catchphrase in a sizzling new post following Celebrity Traitors 'murder'




▸ Maya Jama and footballer boyfriend Ruben Dias enjoy a coffee date in Manchester after jetting back from Lisbon


▸ Diane Keaton's cause of death revealed just days after actress' passing at 79 as her family pens emotional message to fans


▸ Kevin Federline takes brutal swipe at Britney Spears' OTHER ex-husband Sam Asghari


▸ Jennifer Lopez reveals her 'favorite' onscreen kiss… and it's NOT ex Ben Affleck


▸ Moment Location, Location, Location couple break down in tears as offer on their dream home is accepted - after 10-month search to escape London


▸ Wayne and Coleen Rooney look happier than ever as they get their glad rags on for a date night after he revealed his long-suffering wife saved him from alcoholism


▸ Gordon Ramsay and his lookalike son Oscar, 6, sport matching outfits as he brings him to work for the day


▸ Will Tom Cruise ever find lasting love? As his latest romance with a younger co-star fizzles out, how Hollywood's most eligible bachelor, now 63, never achieved his Mission: Impossible

17/10/2025, 09:54  Case 1:25-mc-00428-JPO   Document 24-1   Filed 10/28/25   Page 17 of 18
WhatsApp billionaire accuses designer of overcharging for fake luxury goods | Daily Mail Online

Top   Home   +99

▸ up as next elimination' as BBC drops full track list ahead of weekend 

▸ Victoria and David Beckham head out on a date night in New York after delighting viewers with their sweet relationship in her Netflix documentary 

▸ Millie Mackintosh makes a pointed remark following teary selfie after ex-husband Professor Green revealed they are now back in touch 

▸ 'Lonely and bitter' Paloma Faith takes ANOTHER swipe at Celebrity Traitors as she teams up with banished Niko for 'hater' video 

▸ Victoria's Secret Angels Irina Shayk, Doutzen Kroes, Candice Swanepoel and Joan Smalls hang up their wings for another year as they let their hair down at after party 

▸ MAFS UK viewers appalled as 'manipulative' bride launches 'disrespectful' attack on husband's performance in bed 

▸ Paris Fury defiantly defends 16-year-old daughter's engagement on This Morning after fan backlash - insisting 'she chose this path and is very mature' 

▸ Tammy Hembrow appears to take a veiled swipe at Bailey Smith as she slams 'boring' man she dated 

| Follow<br>Daily Mail | Subscribe<br>Daily Mail |
|---|---|
| Follow<br>@DailyMail | Follow<br>Daily Mail |
| Follow<br>@DailyMail | Follow<br>Daily Mail |

Back to top

Home | News | Royals | U.S. | Sport | TV | Showbiz | Femail | Health | Science | Money | Travel | Podcasts | Buyline

Sitemap | Archive | Video Archive | TV guide | Authors | Topics Index | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | This is Money | Metro | Newzit | Mail Travel | Daily Mail Subscriptions Help & FAQs

https://www.dailymail.co.uk/snapchat/article-15148987/WhatsApp-billionaire-accuses-designer-overcharging-fake-luxury-goods.html   16/17

17/10/2025, 09:54 WhatsApp billionaire accuses designer of overcharging for fake luxury goods | Daily Mail Online

Case 1:25-mc-00438-JPO    Document 24-1    Filed 10/28/25    Page 18 of 18

Top    Home    +99

Subscription Terms & Conditions    Do not sell or share my personal information    About Daily Mail    Privacy Settings    Privacy policy & cookies