# EXHIBIT 2



✉ hello@translayte.com
📞 +44 (0) 208 629 1290

Ref #: 246414

# Certification of Translation Accuracy

Translation of **Document** from **French** to **English (UK)**

We, Translayte, a professional translation services company, member of the Association of Translation Companies (No. 2021ATCAC1283), having no relation to the client, hereby certify that the annexed **English (UK)** translation of the **French** document, executed by us, is to the best of our knowledge and belief, a true and accurate translation of the original document, likewise annexed hereunto.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Further, Translayte assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation, and original files presented, are attached to this certification.

---------------------------
For: Translayte
Tayo Ademolu, Managing Director
Dated: 27/10/2025





 BDXL Ltd. (No. 7496682). VAT No. 119597575.
Registered Office: 20 - 22 Wenlock St. London. N1 7GU. United Kingdom.



hello@translayte.com
+44 (0) 208 629 1290

# BELOT &
# BELLESCIZE AVOCATS

**Strategic Information and
Economic Security Service (SISSE)**
Directorate General for Enterprises
Ministry of the Economy, Finance and
Industrial and Digital Sovereignty

By email :
guichet.sisse@finances.gouv.fr

*Paris, 9 July 2025*

Subject: Information concerning a request for the transmission of documents that may fall within the scope of Law n° 68-678 of 26 July 1968

Madam, Sir,

We are writing further to the receipt, on 24 June, by Mr Rémi Tessier, a French citizen and director of the French company DERNIER ETAGE, whom I represent, of a letter from the American law firm GIBSON DUNN, based in New York, acting on behalf of its clients, Mr Jan Koum and his U.S. company, IMMOBILIARE MANAGEMENT LLC (see enclosed).

It should be noted that Mr Rémi Tessier has been running a French design and interior architecture agency for over thirty years, offering:

- the provision of advice in architecture, layout, furnishing, interior decoration, and assistance with purchasing;

- the sale of furniture, accessories, and/or works of art;

- the design and sale of high-end furniture, fashion accessories, textile products, and decorative items.

In this context, Mr Rémi Tessier has, over the past ten years, carried out various projects for the benefit of Mr Jan Koum, and, in particular, for his company, IMMOBILIARE MANAGEMENT LLC.

However, in the letter received on 24 June, whose insistent tone clearly reveals an attempt to exert pressure, Mr Rémi Tessier and his French company are ordered to hand over all elements enabling the assessment of costs, quantities, specifications, and any discounts or rebates concerning goods and services supplied by his own providers in connection with the services invoiced to IMMOBILIARE MANAGEMENT LLC.





3 avenue des Ternes. 75017 Paris db@belotbellescize.com
Port. : +33(0)6 33 86 62 21 www.belotbellescize.com
Toque A0342

BDXL Ltd. (No. 7496682). VAT No. 119597575.
Registered Office: 20 - 22 Wenlock St. London. N1 7GU. United Kingdom.



✉ hello@translayte.com
📞 +44 (0) 208 629 1290

Furthermore, several of DERNIER ETAGE's suppliers, both in France and abroad, have also received similar requests. It should again be noted that the tone, wording, and demand for an exceptionally swift response, within only five days, failing which legal action may be taken, come from Mr Jan Koum and the company IMMOBILIARE MANAGEMENT LLC, through their American lawyer (see enclosed).

Such a request is, quite clearly, entirely unfounded and unjustified, both legally and contractually. Consequently, Mr Rémi Tessier and DERNIER ETAGE have no intention whatsoever of complying with it, particularly as the requested elements may be subject to confidentiality obligations, notably in the context of relationships with third parties, and also contain information that is, by nature, not disclosable, pertaining to the company's know-how and expertise.

Nevertheless, as these requests have been addressed directly, and with notable insistence, to French nationals, disregarding the application of international agreements and treaties, by a person based in the United States, and concern the transmission of documents and information of a commercial, industrial, financial, or technical nature belonging to French companies, in the context of potential legal proceedings in the United States, and therefore likely, in our view, to fall within the scope of Article 1 bis of Law n° 68-678 of 26 July 1968[1], we wished to inform you of this immediately, in order to ensure full compliance with the requirements set out in Article 2 of said law[2].

Wishing you good receipt of this letter and, of course, remaining at your disposal should you require any further information, please accept, Madam, Sir, the expression of our respectful consideration.

Daphné BELOT
Barrister at Law

[signature]



ENCLOSURE

- Letter dated 24 June 2025 addressed to Mr Rémi Tessier and the company DERNIER ETAGE, together with its free translation into French.

- Letter dated 27 June 2025 addressed to the company RENAISSANCE PARIS, supplier of DERNIER ETAGE, together with its free translation into French.

---

[1] "Subject to international treaties or agreements and to the laws and regulations in force, it is prohibited for any person to request, seek, or communicate, in writing, orally, or in any other form, documents or information of an economic, commercial, industrial, financial, or technical nature intended to establish evidence for use in, or in connection with, foreign judicial or administrative proceedings."

[2] "The persons referred to in Articles 1 and 1 bis are required to inform the competent minister without delay when they receive any request concerning such communications."

2

BDXL Ltd. (No. 7496682). VAT No. 119597575.
Registered Office: 20 - 22 Wenlock St. London. N1 7GU. United Kingdom.

- 3 - / 5



# BELOT AVOCATS
# BELLESCIZE

Service de l'information stratégique
et de la sécurité économique (SISSE)
Direction générale des Entreprises
Ministère de l'Economie, des Finances et de la
Souveraineté industrielle et numérique

Par courriel :
guichet.sisse@finances.gouv.fr

*Paris, le 9 juillet 2025*

Objet : Information relative à une demande de transmission de documents susceptibles d'entrer dans le champ d'application de la loi n°68-678 du 26 juillet 1968

Madame, Monsieur,

Nous vous adressons la présente à la suite de la réception, le 24 juin dernier, par Monsieur Rémi TESSIER, citoyen français et dirigeant de la société de droit français DERNIER ETAGE, dont je suis le conseil, d'un courrier émanant du cabinet d'avocats américain GIBSON DUNN basé à New-York, agissant au nom et pour le compte de ses clients, Monsieur Jan KOUM et la société de droit américain de ce dernier, IMMOBILIARE MANAGEMENT LLC (cf. PJ).

Il est précisé que Monsieur Rémi TESSIER dirige depuis plus de trente ans une agence française de design et d'architecture intérieure proposant :

- la fourniture de conseils en architecture, aménagement, ameublement, décoration d'intérieur, assistance à l'achat ;

- la vente de produits de mobiliers, accessoires et/ou œuvres d'art ;

- la création et la vente de mobilier haut de gamme, d'accessoires de mode, de produits textiles et d'articles de décoration.

Dans ce cadre, Monsieur Rémi TESSIER a, au cours des dix dernières années, réalisé différents projets au bénéfice de Monsieur Jan KOUM – et, notamment, de sa société IMMOBILIARE MANAGEMENT LLC.

Or, au terme du courrier reçu en date du 24 juin dernier, dont le ton pour le moins insistant renseigne sur la volonté d'exercer une forme de pression, Monsieur Rémi TESSIER et sa société française sont sommés de remettre tous éléments permettant d'évaluer les coûts, quantités, spécifications, et éventuelles réductions et rabais s'agissant de biens et services fournis par ses propres fournisseurs dans le cadre des prestations facturées à la société IMMOBILIARE MANAGEMENT LLC.



3 avenue des Ternes, 75017 Paris | db@belotbellescize.com
Port. : +33(0)6 33 86 62 21 | www.belotbellescize.com
Toque A0342

📍 BDXL Ltd. (No. 7496682). VAT No. 119597575.
Registered Office: 20 - 22 Wenlock St. London. N1 7GU. United Kingdom.

- 4 - / 5



En outre, certains des fournisseurs de la société DERNIER ETAGE, à l'étranger comme en France, ont également reçu des demandes similaires – il sera là aussi souligné le ton, la teneur des propos et l'exigence d'un retour particulièrement rapide, dans un délai de seulement cinq jours, sous peine d'éventuelles poursuites judiciaires – de la part de Monsieur Jan KOUM et de la société IMMOBILIARE MANAGEMENT LLC, par le biais de leur avocat américain (cf. PJ).

Une telle demande est, à l'évidence, parfaitement infondée et injustifiée, tant au plan légal que contractuel, de sorte que Monsieur Rémi TESSIER et DERNIER ETAGE n'entendent en aucun cas y répondre favorablement, s'agissant de surcroît d'éléments susceptibles d'être soumis à des obligations de confidentialité, notamment dans le cadre des relations avec des tiers, d'une part, et qui contiennent des informations par nature non divulgables, relevant du savoir-faire et de l'expertise de la société, d'autre part.

Néanmoins, s'agissant de demandes adressées directement et avec une insistance certaine à des ressortissants français, faisant fi de l'application des accords et traités internationaux, par une personne basée aux Etats-Unis et portant sur la remise de documents et renseignements d'ordre économique commercial, industriel, financier ou technique appartenant à des sociétés françaises, dans la perspective de possibles actions en justice sur le territoire américain, et par conséquent susceptibles, à notre sens, de rentrer dans le champ d'application de l'article 1 bis de la loi n°68-678 du 26 juillet 1968[1], nous souhaitions par conséquent vous en informer immédiatement, afin de se conformer parfaitement aux exigences énoncées à l'article 2 de ladite loi[2].

Vous souhaitant bonne réception des présentes et nous tenant bien entendu à votre disposition si besoin, nous vous prions de bien vouloir agréer, Madame, Monsieur, l'expression de notre considération respectueuse.

Daphné BELOT
Avocat à la Cour



P.J.

- Courrier en date du 24 juin 2025 adressé à Monsieur Rémi TESSIER et à la société DERNIER ETAGE et sa traduction libre en langue française.

- Courrier en date du 27 juin 2025 adressé à la société RENAISSANCE PARIS, fournisseur de DERNIER ETAGE, et sa traduction libre en langue française.

---

[1] « Sous réserve des traités ou accords internationaux et des lois et règlements en vigueur, il est interdit à toute personne de demander, de rechercher ou de communiquer, par écrit, oralement ou sous toute autre forme, des documents ou renseignements d'ordre économique, commercial, industriel, financier ou technique tendant à la constitution de preuves en vue de procédures judiciaires ou administratives étrangères ou dans le cadre de celles-ci. »

[2] « Les personnes visées aux articles 1er et 1er bis sont tenues d'informer sans délai le ministre compétent lorsqu'elles se trouvent saisies de toute demande concernant de telles communications. »

2

BDXL Ltd. (No. 7496682). VAT No. 119597575.
Registered Office: 20 - 22 Wenlock St. London. N1 7GU. United Kingdom.

- 5 - / 5