# EXHIBIT 3

| | |
|---|---|
| **From:** | Fréderic Bernardaud |
| **To:** | Remi Tessier |
| **Cc:** | agence; Vanessa Lassey; Guillaume Viel |
| **Subject:** | RE: Immobiliare.org - Ne pas communiquer d"informations |
| **Date:** | 23 June 2025 18:40:26 |
| **Attachments:** | image001.jpg |

Rémi

Plusieurs personnes de chez nous sont intervenus dans cette histoire. Il sera difficile de demander à chacune de faire une attestation de ce qu'elle a entendu …..

Cette personne a d'abord appelé notre boutique à Paris, qui a transmis sa demande à Limoges à la personne à l'administration des ventes en charge du compte Remi Tessier….  C'est la responsable du bureau qui l' appelé par la suite pour avoir plus de détails . Suite aux explications floues reçues , Isabelle a appelé Yohan …..

F

**De :** Remi Tessier <remi.tessier@remi-tessier.com>
**Envoyé :** lundi 23 juin 2025 19:28
**À :** Fréderic Bernardaud <fbernardaud@bernardaud.com>
**Cc :** agence <agence@remi-tessier.com>; Vanessa Lassey <vanessa.lassey@remi-tessier.com>; Guillaume Viel <gv@fondatio.fr>
**Objet :** Re: Immobiliare.org - Ne pas communiquer d'informations

> Vous n'obtenez pas souvent d'e-mail à partir de remi.tessier@remi-tessier.com. Pourquoi c'est important

Merci Frédéric,

Pas très "catholique" tout cela….n'est-ce pas!

Je confirme que je ne connais pas cette personne et je voudrais savoir si ta collaboratrice serait ok de faire une attestation à ce sujet car je pense que cette demande est frauduleuse pour le moins.

Amicalement
Remi


Envoyé de mon iPhone


> Le 23 juin 2025 à 7:18 PM, Fréderic Bernardaud <fbernardaud@bernardaud.com> a écrit :
>
> Bonjour Remi,
>
> Nous avons reçu en fin de semaine dernière un appel de Catherine Koenig se présentant comme un autre département de l'agence Rémi Tessier , et nous demandant une copie d'un devis « pour faire des vérifications de marchandises ».
> Notre responsable de l'administration des ventes  a rappelé cette personne pour comprendre l'objet de sa demande : nous l'avons trouvée très floue et incohérente.
> De ce fait, nous avons appelé l'Agence pour en savoir plus et nous avons appris que cette personne ne faisait pas partie de l'Agence et qu'il ne fallait pas lui répondre.
>
> Pour info voici les coordonnées que madame Koenig nous a communiquées

IMMOBILIARE (USA)
Caroline Koenig
caroline.koenig@immobiliare.org

Bien sincèrement,

**Frédéric Bernardaud**

19 rue Pierre Bernardaud  87000 Limoges
Téléphone fixe : 01 43 12 52 02
Téléphone mobile : 06 64 17 21 77
**www.bernardaud.com**



| | |
|---|---|
| **De :** | Fréderic Bernardaud |
| **À :** | agence |
| **Objet :** | TR: Immobiliare.org - Ne pas communiquer d"informations |
| **Date :** | lundi 23 juin 2025 19:18:16 |

Bonjour Remi,

Nous avons reçu en fin de semaine dernière un appel de Catherine Koenig se présentant comme un autre département de l'agence Rémi Tessier , et nous demandant une copie d'un devis « pour faire des vérifications de marchandises ».
Notre responsable de l'administration des ventes  a rappelé cette personne pour comprendre l'objet de sa demande : nous l'avons trouvée très floue et incohérente.
De ce fait, nous avons appelé l'Agence pour en savoir plus et nous avons appris que cette personne ne faisait pas partie de l'Agence et qu'il ne fallait pas lui répondre.

Pour info voici les coordonnées que madame Koenig nous a communiquées

IMMOBILIARE (USA)
Caroline Koenig
caroline.koenig@immobiliare.org

Bien sincèrement,


**Frédéric Bernardaud**

19 rue Pierre Bernardaud  87000 Limoges
Téléphone fixe : 01 43 12 52 02
Téléphone mobile : 06 64 17 21 77
**www.bernardaud.com**

