# EXHIBIT 4

Zara EDMISTON

**De:** Johann Champigny
**Envoyé:** mercredi 8 octobre 2025 13:19
**À:** Vanessa Lassey
**Objet:** TR: PUIFORCAT

---

**De :** Karine MURET <karine.muret@puiforcat.com>
**Envoyé :** mercredi 8 octobre 2025 12:49
**À :** Johann Champigny <johann.champigny@remi-tessier.com>
**Objet :** PUIFORCAT

Cher Johann,

J'espere que tu vas bien.
Nous avons reçu hier au magasin un appel téléphonique qui me semble très étrange, en effet une personne se présentant comme étant Caroline de l'agence Remi Tessier avec ce numéro de tel 07 89 33 45 87 .
Elle demandait des factures de l'agence.
Nous n'avons pas donné suite à sa requête, conformément à notre politique de confidentialité, qui ne permet pas la transmission de ce type de demande.
Bien à toi

Karine

KARINE MURET
Développement Commercial Projets d'intérieur



Puiforcat
48 avenue Gabriel
75008 Paris – France
Tel :   +33 (0)1 45 63 10 10
Port : +33 (0)6 31 70 60 86

www.puiforcat.com

---

This message and its attachments are intended solely for the addressee(s) and are confidential. If you receive this message in error please delete it and immediately notify the sender. Any use of this message and/or its contents by anyone other than an addressee and any further distribution or disclosure of its contents, either in whole or in part, is prohibited, except with the prior written approval of the sender.
This message has no contractual value and in no way represents a commitment of Hermès International or any of its subsidiaries.
This message has been transmitted over the Internet and Hermès International (and its subsidiaries) cannot therefore guarantee its integrity nor that it will be received and read only by the addressee(s). In no event shall Hermès International (and its subsidiaries) be liable for any modifications to the message that may occur during its transmission, nor for any unauthorized use of its contents by anyone other than the addressee(s). pod

_____