**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of JAN KOUM, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Criminal Proceeding Against Remi Tessier and Dernier Etage SARL. | No. 1:25-mc-00428-JPO |

## DECLARATION OF SERVICE

**JULIE M. LAMANTIA**, declares as follows under the penalties of perjury under the laws of the United States of America:

1. I am a paralegal in the law firm of Porzio, Bromberg & Newman, P.C., counsel to Remi Tessier and Dernier Etage SARL, Intervenors. I have personal knowledge of the facts and circumstances set forth in this declaration, and if called as a witness would so testify.

2. I declare that on October 28, 2025, I caused to be filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to counsel for Petitioner the Notice of Motion to Intervene, Declaration of Leon Del Forno, Declaration of Hassan Khan with exhibits, and Memorandum of Law:

> Orin Snyder, Esq.
> Gibson, Dunn & Crutcher LLP
> 200 Park Ave.
> New York, NY  10166

3. I declare that on October 29, 2025, I caused a copy of the Notice of Motion to Intervene, Declaration of Leon Del Forno, Declaration of Hassan Khan with exhibits, and Memorandum of Law to be served via email and Lawyers Service to the following Subpoenaed Parties:

> Nahmad Contemporary
> c/o Richard Golub, Esq.
> 35 E. 64th Street, Suite 4A
> New York, NY  10065
> argolub@argolub.com

> NY Gallery
> c/o Paul Aloe, Esq.
> Kudman Law
> 488 Madison Ave., 23rd Floor
> New York, NY  10022
> paloe@kudmanlaw.com

4. I declare that on October 29, 2025, I caused a copy of the Notice of Motion to Intervene, Declaration of Leon Del Forno, Declaration of Hassan Khan with exhibits, and Memorandum of Law to be served via email, Federal Express, and by messenger to the following Subpoenaed Parties:

| | |
|---|---|
| Acquavella<br>18 East 79th Street<br>New York, NY 10075<br>info@acquavellagalleries.com | Babou<br>200 Lexington Avenue<br>New York, NY 10016<br>info@babounewyork.com |
| B&B Italia<br>135 Madison Ave.<br>New York, NY 10016<br>info@bebitalia.com | Hudson Furniture<br>90 Broad Street<br>New York, NY 10004<br>style@hudsonfurniturenyc.com |

5. I declare that the foregoing statements are true and correct.

Executed at Morristown, NJ, on October 31, 2025.

_Julie M. LaMantia_
Julie M. LaMantia

10053366