UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of JAN KOUM, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Criminal Proceeding Against Remi Tessier and Dernier Etage SARL. | 25-MC-428 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The Letter Motion to stay discovery pending ruling on proposed interveners' Motion to Intervene is GRANTED. Discovery in this matter is hereby stayed pending further order from the Court.

The Clerk of Court is directed close the motion at ECF No. 30.

SO ORDERED.

Dated: November 7, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge