**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of JAN KOUM for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Criminal Proceeding Against Remi Tessier and Dernier Etage SARL. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No. 25-mc-428 (JPO) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Jan Koum hereby gives notice that the above captioned application is voluntarily dismissed with prejudice.

Dated: New York, New York
February 17, 2026

By: *Orin Snyder*
Orin Snyder
Darcy C. Harris
Lee R. Crain
Sam L. Raymond
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
osnyder@gibsondunn.com
dharris@gibsondunn.com
lcrain@gibsondunn.com
sraymond@gibsondunn.com

*Counsel for Petitioner Jan Koum*