February 17, 2026

<u>VIA ECF</u>

Honorable J. Paul Oetken
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Application of Jan Koum for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Criminal Proceeding Against Remi Tessier and Dernier Etage SARL*, 25-mc-428 (JPO)

Dear Judge Oetken:

We represent petitioner Jan Koum, and intervenor parties Remi Tessier and Dernier Etage SARL, respectively, in the above-captioned matter. We submit this joint letter pursuant to the Court's February 9, 2026 Order staying this matter until February 23, 2026, and directing that the parties submit a further status update by February 23.

The parties have now resolved this matter, and Mr. Koum has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). We thank the Court for its time.

Respectfully submitted,

| | |
|---|---|
| */s/ Orin Snyder* | */s/ William J. Hughes* |
| Orin Snyder | William J. Hughes |
| GIBSON, DUNN & CRUTCHER LLP | PORZIO, BROMBERG & NEWMAN, P.C. |
| 200 Park Avenue | 1675 Broadway, Suite 1810 |
| New York, NY 10166-0193 | New York, New York 10019-5820 |
| (212) 351-4000 | (212) 265-6888 |
| osnyder@gibsondunn.com | wjhughes@pbnlaw.com |
| | |
| *Counsel for Jan Koum* | *Counsel for Remi Tessier and Dernier Etage SARL* |

*\*Electronic signatures used with consent of all parties pursuant to SDNY ECF Rule 8.5(b).*